IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:09CR193-1 |
| | : | |
| v. | : | |
| | : | INFORMATION OF PRIOR |
| HARVEY LEE BURNETTE, JR. | : | CONVICTION |

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, pursuant to Title 21, United States Code, Section 851(a)(1), and Title 21, United States Code, Section 850, informing the Court that defendant, HARVEY LEE BURNETTE, JR., has been previously convicted on July 25, 2002, of a violation of North Carolina General Statute 90-95(a), that is, possession with intent to sell and deliver cocaine, under Criminal Docket Number 01CRS086281. The aforesaid proceeding was held in the Superior Court of Guilford County, High Point, North Carolina, before the Honorable Henry E. Frye, Jr., Presiding Superior Court Judge.

WHEREFORE, the United States respectfully requests that the defendant, HARVEY LEE BURNETTE, JR., be subjected to the increased penalties provided for in Title 21, United States Code, Sections 846 and 841(b)(1)(A).

This the 1st day of July, 2009.

                                      Respectfully submitted,

                                      ANNA MILLS WAGONER
                                      UNITED STATES ATTORNEY


                                      /S/ RANDALL S. GALYON
                                      Assistant United States Attorney
                                      NCSB #23119
                                      United States Attorney's Office
                                      Middle District of North Carolina
                                      P. O. Box 1858
                                      Greensboro, NC  27402
                                      Phone:  336/333-5351
                                      E-mail: randall.galyon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William S. Trivette

/S/ RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119
United States Attorney's Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351
E-mail: randall.galyon@usdoj.gov