# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

   v.                                                  Case No. 1:09CR193-1

HARVEY LEE BURNETTE, JR.

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C. |
| **COURTROOM NO.:** | # 1 |
| **DATE AND TIME:** | December 17, 2015 at 2:00 p.m. |
| **PROCEEDING:** | Resentencing |

---

John S. Brubaker, Clerk

By:   /s/ Kelly H. Welch, Deputy Clerk

Date:  September 14, 2015

TO:  U. S. Attorney
       U. S. Marshal
       Chief, U. S. Probation Officer
       Helen L. Parsonage, Attorney

**The attorney is responsible for notifying the defendant of the above proceeding.**