| UNITED STATES OF AMERICA | NOT ELIGIBLE FOR A SENTENCE REDUCTION PURSUANT TO |
|---|---|
| V. | USSG §1B1.10 |

| Harvey Lee Burnette, Jr. | Docket Number: | 1:09CR193-1 |
|---|---|---|

**Response by the Government:**

[X] I agree that the defendant is not eligible for a sentencing reduction pursuant to USSG § 1B1.10.

[ ] The defendant is eligible for a sentencing reduction pursuant to USSG § 1B1.10 for the reasons stated below.

The government notes that defendant is scheduled to be resentenced on 12-17-15 as a result of a Petition pursuant to 28 USC 2255.

_____
Robert M. Hamilton
Assistant United States Attorney

OCT 9 2015
Date

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:09CR193-1 |
| Harvey Lee Burnette, Jr. | : | |

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2015, the foregoing Government's Response to the Recalculated Guideline Range was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the defendant.

/s/ Robert M. Hamilton
Robert M. Hamilton
Assistant United States Attorney
LASB #1400
P.O. Box 1858
Greensboro, NC 27402
Phone: (336) 333-5351